Robert Patrick Hagin
Name

Washoe County Detention [?]

911 Park Blvd Reno, NV 89512

#2301986
Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

Robert Patrick Hagin,
Plaintiff

vs.

Reno Police Department,

Thomas Hakin,

_____,

_____,

_____,
Defendant(s).

Case No. 3:23-cv-00284
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Jury Trial Demand

### A.   JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, __Robert Patrick Hagin__,
(print plaintiff's name)

who presently resides at __911 Park Blvd Reno, NV 89512__, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

__Reno, NV__   on the following dates:
(institution/city where violation occurred)

__February 18, 2023__, _____, and _____.
(Claim 1)              (Claim 2)              (Claim 3)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>RENO POLICE DEPARTMENT</u> resides at <u>RENO, NV</u>, and is
(full name of first defendant)         (address of first defendant)

employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>POLICE DEPARTMENT THAT EMPLOYS AND OVERSEES</u>

<u>OFFICER THOMAS HAKIN</u>

3) Defendant <u>THOMAS HAKIN</u> resides at <u>RENO, NV</u>, and is

employed as <u>POLICE OFFICER</u>. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>EXCESSIVE USE OF FORCE BY SLAMMING ME FACE FIRST</u>

<u>INTO THE GROUND AND PINNING ME DOWN WITH HIS KNEES</u>

4) Defendant _____ resides at _____, and is

employed as _____. This defendant is sued in his/her

___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

2

5) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____
_____

6) Defendant _____ resides at _____, and is employed as _____. This defendant is sued in his/her ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____
_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.
_____
_____

**B.    NATURE OF THE CASE**

8) Briefly state the background of your case.
POLICE OFFICER THOMAS AIKIN USED EXCESSIVE PHYSICAL FORCE BY SLAMMING ME FACE FIRST INTO THE GROUND AND PINNING ME TO THE GROUND WITH HIS KNEES ON TOP OF MY LOWER BACK AND TWISTING MY LEFT ARM CAUSING CHRONIC SHOULDER PAIN
_____
_____

3

### C. CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: USING EXCESSIVE PHYSICAL FORCE

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

ON FEBRUARY 18 2023 OFFICER THOMAS HAIRIN GRABBED ME BY MY SHOULDERS AND TRIPPED ME FACE FIRST TO THE GROUND, CAUSING A CUT ABOVE MY LEFT EAR THAT NEEDED MEDICAL ATTENTION, AND PINNED ME TO THE GROUND WITH HIS KNEES ON MY LOWER BACK AND TWISTED MY LEFT ARM SO HARD I HAVE EXTREME DAILY PAIN ON MY LEFT SHOULDER.

4

## CLAIM 2

The following civil rights have been violated: _____

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

## CLAIM 3

The following civil rights have been violated: _____

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or (No). If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: _____

   b) Name of court and docket number: _____

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or (No). If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: _____

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

7

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**D.    REQUEST FOR RELIEF**

I believe I am entitled to the following relief: $587,600

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _Robert P. Hagan_____
(name of person who prepared or helped              (signature of plaintiff)
prepare this complaint if not the plaintiff)

                                                      6-5-2023
                                                      (date)

9