UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT PATRICK HAGIN,

    Plaintiff

v.

THOMAS HAKIN, et al.

    Defendants

Case No.: 3:23-cv-00284-MMD-CSD

**Order**

On August 7, 2023, the court screened Plaintiff's complaint and allowed him to proceed with a Fourth Amendment excessive force claim against Thomas Hakin, but the court dismissed the Reno Police Department with leave to amend to assert a claim against the City of Reno. (ECF No. 3.) The court gave Plaintiff 30 days to file an amended complaint and noted it would address service once Plaintiff filed an amended complaint or the deadline to file it passed. (*Id.*)

Plaintiff did not timely file an amended complaint; therefore, this action will **PROCEED** only on the Fourth Amendment excessive force claim against Thomas Hakin.

The Clerk of Court shall **ISSUE** a summons for Defendant Thomas Hakin, **and deliver the same**, to the U.S. Marshal for service. The Clerk also shall also **SEND** sufficient copies of the complaint (ECF No. 4) and this Order to the U.S. Marshal for service on the Hakin. The Clerk shall **SEND** to Plaintiff a USM-285 form. Plaintiff will have **21 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information for Hakin at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, if the defendant was not served, and if Plaintiff wants service to be attempted again, he must file a

motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

Under Federal Rule of Civil Procedure 4(m), service must be completed within **90 days** of the date of this Order. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

**IT IS SO ORDERED**.

Dated: December 1, 2023

_____
Craig S. Denney
United States Magistrate Judge