UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT PATRICK HAGIN,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>THOMAS HAKIN, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00284-MMD-CSD<br><br>ORDER |

This action was filed on June 12, 2023. The Court originally issued a notice of intent to dismiss under Fed. R. Civ. P. 4(m) unless proof of service was filed by July 26, 2024. (ECF No. 8.) On August 15, 2024, the Court *sua sponte* extended the Rule 4(m) deadline to September 24, 2024.[1] (ECF No. 9.) To date, no proof of service has been filed.

It is therefore ordered that this action is dismissed without prejudice.

The Clerk of Court is further directed to close this case.

DATED THIS 3rd Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The Court also directed the Clerk to send Plaintiff a courtesy copy of the order regarding service (ECF No. 5), which was previously returned as undeliverable (ECF No. 7), and to update his address as required under LR IA 3-1. (ECF No. 9.) Mail to Plaintiff has subsequently been returned again as undeliverable (ECF No. 10) and to date, Hagin has not updated his address.